UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHNNY EDWARD MCMAHON, | Case No. 3:24-cv-00292-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner has submitted a *pro se* petition for writ of habeas corpus. (ECF No. 1-2.) His application to proceed *in forma pauperis* is incomplete. (*See* ECF No. 1.) On August 8, 2024, the Court gave Petitioner 30 days to either: (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. (ECF No. 3.) Petitioner asks the Court for an extension of time to comply with the order. (ECF No. 5.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion for extension of time to pay the filing fee or submit a completed ifp application (ECF No. 5) is granted. The deadline is extended to October 4, 2024.

DATED THIS 4th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE